IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **EMILIO CHAVEZ,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**MICHAEL MOLDENHAUER, JILIAN CRANE, ALISIA DEARMOND, LATOYA HUGHES, (official capacity only), WEXFORD HEALTH SOURCES, INC., MATTHEW PLUMMER (official capacity only), and JANE DOE #'s 1-5,**[1]<br><br>**Defendants.** | **Case No. 25-cv-1616-NJR** |

# INITIAL SCHEDULING AND DISCOVERY ORDER

**ROSENSTENGEL, District Judge:**

This matter is before the Court *sua sponte* for case management purposes. Specifically, this Order reviews Plaintiff's filing fee status and sets forth discovery guidelines as to unidentified defendants.

**Filing Fee**

The Court notes that Plaintiff's filing fee has been satisfied.

**Discovery as to Unidentified Defendants**

Plaintiff was allowed to proceed against Jane Doe #'s 1-5. (Doc. 30). Warden Matthew Plummer was added as a defendant in his official capacity for the purpose of assisting with the identification of the Jane Does. (*Id.* at p. 11).

[1] Jilian Crane, Alisia Dearmond, and Michael Moldenhauer have now identified themselves by their proper names (Doc. 41). The Clerk of Court is **DIRECTED** to **CORRECT** the docket to reflect Defendants' proper names.

Limited discovery for the purpose of identifying the Jane Doe Defendants will be permitted according to the following schedule.

**1.** Plaintiff shall have until **December 4, 2026,** to file a Notice with the Court, and provide to the Warden's attorney, any information he possesses which will help identify the Jane Doe Defendants, such as: physical descriptions, rank, partial names/nicknames, specific job assignments, shift times, and locations and dates where Plaintiff interacted with the Jane Does.

**2.** The Warden shall have until **December 29, 2026,** to file a Notice with the Court, and provide to Plaintiff, the identity of the Jane Does. Or, if the Warden is unable to identify the Jane Does, the Warden shall provide to Plaintiff any document or information which may assist in the identification of the Jane Does.[2]

**3.** Plaintiff shall have until **January 12, 2027, to file a motion to substitute** specific Defendants for the Jane Does or, if they remain unidentified, to file a motion specifying additional steps that can be taken to identify the Jane Does.

[2] Such documents may include, for example, incident reports; grievances or other related materials, such as responses, grievance logs and counselor's notes; disciplinary tickets, along with any documents related to the resolution of the tickets; Plaintiff's cumulative counseling summary or other log of interactions with staff during the relevant time; correspondence with the chaplain; shakedown slips; and copies of relevant medical records, provided plaintiff has executed the required release form.

**Plaintiff is WARNED that his failure to comply with this Order and to identify the Jane Doe Nurses will result in the dismissal of the Jane Does for failure to prosecute. FED. R. CIV. P. 41(b).**

Finally, the Clerk of Court is **DIRECTED** to **CORRECT** the Defendants' names in accordance with footnote 1.

**IT IS SO ORDERED.**

**DATED: November 9, 2026**

**NANCY J. ROSENSTENGEL**
**United States District Judge**